United States Court of Appeals
Fifth Circuit

**F I L E D**

January 5, 2004

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

No. 02-51072
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY WALTER HOGLE,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
(W-02-CR-61-1)

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed appellate counsel for defendant Gregory Walter Hogle has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Hogle has filed a *pro se* response brief, but he fails to identify any nonfrivolous appellant issues. Our independent review of the briefs and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is **GRANTED**; counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities; and the appeal is **DISMISSED**.
*See* 5TH CIR. R. 42.2.

*ANDERS MOTION GRANTED; APPEAL DISMISSED*